# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No. 3:21-cr-30056-DWD |
| vs. ) | |
| ) | |
| **TREVOR J. ANDERSON,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER FINDING NO THIRD-PARTY INTERESTS
## (FINAL ORDER OF FORFEITURE)

On December 8, 2022, the Court entered a Preliminary Order of Forfeiture (Doc. 79) against Defendant for the following seized property:

**1. A Taurus .40 caliber firearm, serial number SLT00052;**
**2. A Glock 19GEN5 9mm pistol, serial number BRYD753; and**
**3. And any and all ammunition contained therewith.**

The Preliminary Order of Forfeiture stated the Government would provide an opportunity for persons to claim a legal interest in the property under 21 U.S.C. § 853(n)(1). The Government has provided a sworn declaration that notice was published on an official government website, www.forfeiture.gov, for 30 consecutive days beginning August 29, 2024, and ending September 27, 2024. (Doc. 110-1). No third party filed a petition within 30 days after the last date of the publication to allege an interest in the property.

Consequently, under 21 U.S.C. § 853(n)(7), the Court **FINDS** no third-party petitions were filed and that the United States of America has clear title to the above-

described property that was the subject of the Preliminary Order of Forfeiture (Doc. 79) filed on December 8, 2022, namely:

    **1. A Taurus .40 caliber firearm, serial number SLT00052;**
    **2. A Glock 19GEN5 9mm pistol, serial number BRYD753; and**
    **3. And any and all ammunition contained therewith.**

The United States Marshal or the property custodian for the Bureau of Alcohol, Tobacco, Firearms and Explosives shall dispose of the property according to law.

Consistent with this Order, the Government's Motion for an Order Finding No Third-Party Interests (Doc. 111) is **GRANTED**.

    **SO ORDERED**.

Dated: January 31, 2025.

                                                    s/ *David W. Dugan*
                                                    DAVID W. DUGAN
                                                    United States District Court Judge